# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 5:14-CR-164-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Cameron Seth Crawford** | ) | |
| | ) | |

On August 25, 2015, Cameron Seth Crawford appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 120 months upon release from imprisonment. Cameron Seth Crawford was released from custody and the term of supervised release commenced on January 20, 2022.

On August 22, 2025, this case was re-assigned to The Honorable James C. Dever III, United States District Judge.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that Cameron Seth Crawford, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 months. The Court recommends designation to FCI Butner. The court also recommends the defendant participate in vocational and educational training as well as the most intensive substance abuse program available during the period of imprisonment. Lastly, the Court orders the term of supervised release to be terminated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of October, 2025.

James C. Dever III
U.S. District Judge